IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:23-cv-05145 |
| | ) | |
| ROBBIE D. COMBS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER CONFIRMING SALE OF COTTONWOOD PLACE PROPERTY AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

This matter comes before the Court upon the United States' Motion for Order Confirming Sale of the Cottonwood Place Property and Directing Distribution of Sale Proceeds (Doc. 62).

The Court entered judgment against defendants Robbie and Kellie Combs enforcing the United States' tax liens against the property located at 2305 Cottonwood Place, Springdale, Arkansas 72762 (the "Cottonwood Place Property"), as well as judgments permitting a sale of the Cottonwood Place Property and establishing the priority or resolving the interests of the different potential claimants to the Cottonwood Place Property. *See* Docs. 34, 36, 49.

The Cottonwood Place Property is more fully described as:

**Lot Numbered Twenty (20) in Block Numbered Six (6) of Woodland Heights Subdivision Number 3 to the City of Springdale, Arkansas, as per Plat of Said Subdivision on file in the office of the Circuit Clerk and Ex-Officio Recorder of Washington County, Arkansas.**

Subsequently, the Court appointed Kassie Honey as Receiver and ordered the sale of the Cottonwood Place Property.  (Doc. 55).  Consistent with this appointment,

1

Receiver Honey accepted an offer to purchase the Cottonwood Place Property made by AR Income Homes LLC (hereinafter, "Purchaser"), as outlined in the United States' Motion and supporting brief.  Therefore, upon consideration of the Motion and for good cause shown, the Motion (Doc. 62)is **GRANTED**.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Upon entry of this Order, on the closing date mutually agreed to between the Receiver and Purchaser any time after entry of this Order, the Receiver is authorized to sell the Cottonwood Place Property to AR Income Homes LLC for the sum of $125,000, free and clear of all rights, titles, claims, and interests of all parties to this case, including any rights of redemption.

2. Upon receiving $125,000 from AR Income Homes LLC, the Receiver is authorized and directed to issue a deed in a form that substantially conforms to the "Receiver's Deed to Real Property" that is attached as Exhibit A to the United States' Motion.

3. The Receiver, through her chosen closing company, escrow agent, or other designated agent, is authorized to accept the sale proceeds and distribute them as follows:

   a. *First,* to the costs of sale as follows:

      i. $7,500 to Viridian Real Estate for the Receiver's commission of 6 (six) percent of the gross sale proceeds for the Cottonwood Place Property, to be split evenly with the Purchaser's agent at closing;

      ii. $150.00 to Viridian Real Estate as reimbursement for the Receiver's reasonable and necessary expenditures to maintain the Cottonwood Place Property;

iii. To Realty Title & Closing Services, LLC (Closing Agent) to be distributed for reasonable closing costs, fees, and government recording and transfer charges. As of June 1, 2026, the closing costs, fees, and government recording charges are estimated to be $1,183.57. The Closing Agent is authorized to pay any reasonable additional amounts due for closing costs, fees, and government recording and transfer charges which may accrue between June 1, 2026 and the date of the closing, as supported on a closing statement.

b. *Second,* to satisfy all unpaid outstanding property taxes and related expenses due to Washington County, Arkansas or the Arkansas Commissioner of State Lands, for the Cottonwood Place Property at the time of sale, including an agreed pro-ration of the taxes accruing for 2026. As of June 1, 2026, the outstanding property taxes due for the Cottonwood Place Property (including pro-ration of the 2026 taxes, based on an estimate derived from the 2025 taxes) are estimated to be $6,768.56. The Closing Agent is authorized to pay any additional amounts due for real property taxes (including pursuant to the agreed pro-ration of the 2026 taxes) that may have accrued between June 1, 2026 and the date of the closing. The Closing Agent is also authorized to file with the Arkansas Commissioner of State Lands a Petition to Redeem the Cottonwood Place Property.

c. *Third,* to the United States to be applied towards the balances (with accrued interest) of Robbie and Kellie Combs's unpaid federal income tax for the tax

3

years 2012 and 2015 to 2020, which were secured through the filing of Notices of Federal Tax Lien with the Washington County Clerk on April 10, 2018 at file number L138-00000604, on June 24, 2019 at file number L144-00000217, on January 31, 2022 at file number L157-00000385, on December 6, 2022 at file number L162-00000700, and on January 21, 2026 at file number L2026-367, as well as by the February 14, 2024 money judgment entered against Robbie and Kellie Combs in this case at ECF No. 34 and recorded with the Washington County Clerk on April 12, 2024 at file number L169-00000086. Prior to the closing date, counsel for the United States will provide payment instructions to the Receiver and Closing Agent.

d. *Fourth,* to the extent any net proceeds remain, such proceeds shall be paid to Joyce Babin as trustee in Robbie Combs's Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Western District of Arkansas (Case No. 25-bk-71308).

**IT IS SO ORDERED** on this ___5___ day of June, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

4